Matter of ANNA HAND, Respondent, *v.* ORTSCHREIB BUILDING CORPORATION et al., Defendants.

MUNICIPAL BANK AND TRUST COMPANY et al., Appellants.

(Argued May 5, 1930; decided May 13, 1930.)

*Herman W. Bernstein* for motion.

*Gerson C. Young* opposed.

*Per Curiam.* The proceeding was instituted under subdivision 3 of section 773 of the Civil Practice Act. The appellant was a party to that proceeding. An order adjudging a party guilty of a civil contempt in proceedings supplemental to execution is not a final order. (*Matter of Steinman* v. *Conlon*, 208 N. Y. 198.)

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.